**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JORGE ALMANZAR, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>HOME DEPOT U.S.A., INC., a Delaware Corporation,<br><br>Defendant. | **CASE NO.: 2:20-cv-00699-TLN-KJN**<br><br>**ORDER GRANTING JOINT STIPULATION TO CONTINUE CASE MANAGEMENT DATES DUE TO MEDIATION**<br><br>Complaint Filed: April 3, 2020<br>Trial Date: None<br>District Judge: Hon. Troy L. Nunley<br>Magistrate Judge: Hon. Kendall J. Newman |

## ORDER

Having read and considered the Joint Stipulation to Continue Case Management Dates Due to Mediation, and good cause appearing, the Court hereby orders as follows:

1. The parties' deadline to Complete Phase I Discovery is continued to August 14, 2021;
2. The parties' deadline to Disclose Expert Witnesses is continued to August 14, 2021;
3. The parties' deadline to Complete Designation of Supplemental Expert Witnesses is continued to October 1, 2021.
4. The parties are to advise the Court of the result of mediation by April 30, 2021.

**IT IS SO ORDERED.**

Date: February 1, 2021

Troy L. Nunley
United States District Judge

---

1
*Almanzar v. Home Depot U.S.A., Inc.,* Case No. 2:20-cv-00699-TLN-KJN
Order Granting Joint Stipulation to Continue Case Management Dates
Due to Mediation