# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORGE ALMANZAR, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>HOME DEPOT U.S.A., INC., a Delaware Corporation,<br><br>Defendant. | **CASE NO.: 2:20-cv-00699-TLN-KJN**<br><br>**<u>CLASS AND PAGA REPRESENTATIVE ACTION</u>**<br><br>**ORDER GRANTING JOINT STIPULATION TO CONTINUE CASE MANAGEMENT DATES DUE TO MEDIATION**<br><br>Complaint Filed: April 3, 2020<br>Trial Date: None<br>District Judge: Hon. Troy L. Nunley<br>Magistrate Judge: Hon. Kendall J. Newman |

## ORDER

Having read and considered the Joint Status Report Regarding Mediation, and Stipulation to Continue Case Management Dates Due to Mediation, and good cause appearing, the Court hereby orders as follows:

1. The parties' deadline to Complete Phase I Discovery is continued to December 13, 2021;
2. The parties' deadline to Disclose Expert Witnesses is continued to December 13, 2021;
3. The parties' deadline to Complete Designation of Supplemental Expert Witnesses is continued to January 31, 2022; and,
4. Plaintiff's deadline to file his Motion for Class Certification is February 9, 2022.

**IT IS SO ORDERED.**

Date: April 30, 2021

_____
Troy L. Nunley
United States District Judge