David R. Markham, CA Bar No. 071814
*dmarkham@markham-law.com*
Maggie Realin, CA Bar No. 263639
*mrealin@markham-law.com*
Lisa Brevard, CA Bar No. 323391
*lbrevard@markham-law.com*
**THE MARKHAM LAW FIRM**
8910 University Center Lane, Suite 400
San Diego, CA 92122
Tel.: 619.399.3995; Fax: 619.615.2067

*(Additional Counsel listed on next page)*
Attorneys for Plaintiff on behalf of himself and all others similarly situated

Evan R. Moses, CA Bar No. 198099
Aaron H. Cole, CA Bar No. 236655
Melis Atalay, CA Bar No. 301373
**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**
400 South Hope Street, Suite 1200
Los Angeles, CA 90071
Telephone: 213-239-9800
Facsimile: 213-239-9045
Attorneys for Specially Appearing Defendant HOME DEPOT U.S.A., INC.

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JORGE ALMANZAR, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br>v.<br><br>HOME DEPOT U.S.A., INC., a Delaware Corporation,<br><br>Defendant. | **CASE NO.: 2:20-cv-00699-TLN-KJN**<br>**CLASS AND PAGA REPRESENTATIVE ACTION**<br><br>**JOINT STIPULATION FOR PERMISSION TO EXCEED PAGE LIMIT, AND [PROPOSED] ORDER**<br><br>Complaint Filed: April 3, 2020<br>Trial Date: None<br>District Judge: Hon. Troy L. Nunley<br>Magistrate Judge: Hon. Kendall J. Newman |

Walter L. Haines (SBN 071075)
*walterhaines@yahoo.com*
**UNITED EMPLOYEES LAW GROUP**
5500 Bolsa Avenue, Suite 201
Huntington Beach, CA 92649
Tel.: 888.474.7242; Fax: 562.256.1006

Attorneys for Plaintiff on behalf of himself and all others similarly situated

Plaintiff Jorge Almanzar and Defendant Home Depot U.S.A., Inc., by and through their respective counsel of record in the above-captioned action, hereby stipulate to entry of an order to increase the page limit for the memorandum of points and authorities in support of Plaintiff's unopposed motion for preliminary approval of class action settlement:

WHEREAS, pursuant to the case management procedures of the Honorable Troy Nunley of the United States District Court for the Eastern District of California ("Case Management Procedures"), who is presiding over this action, the Parties are to seek relief from the page limitation of twenty pages at least fourteen days prior to filing of the brief;

WHEREAS, Plaintiff requires 6 additional pages to brief the points and authorities in support of preliminary approval beyond the 20-page limit for any brief as specified in this Court's Case Management Procedures, for a total of 26 pages, in order to provide information necessary to support preliminary approval of this action;

WHEREAS, the Parties agree that good cause exists for the Court's entry of an order to increase the number of pages for briefing Plaintiff's motion for preliminary approval of class action settlement, such that the Court may be provided with sufficient information to evaluate and consider the proposed settlement of this action,

NOW, THEREFORE, Plaintiff Almanzar and Defendant hereby stipulate to entry of the following order:

1. For entry of an order that the page limit for Plaintiff's unopposed memorandum of points and authorities in support of their forthcoming Motion for Preliminary Approval of Class Action Settlement is extended to 26 pages.

IT IS SO STIPULATED.

Dated:      October 5, 2021           Respectfully Submitted,

.

2

*Almanzar v. Home Depot U.S.A., Inc.,* Case No. 2:20-cv-00699-TLN-KJN
Joint Stipulation for Permission to Exceed Page Limit, and Order

DATED: October 5, 2021                    **THE MARKHAM LAW FIRM**

                                          By: /s/ Lisa Brevard
                                              David R. Markham
                                              Maggie K. Realin
                                              Lisa R. Brevard

                                          **OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**

                                          By: /s/ Aaron Cole
                                              Evan R. Moses
                                              Aaron Cole
                                              Melis Atalay

I attest that all signatories listed above, and on whose behalf this Joint Stipulation for Permission to Exceed Page Limit and [Proposed Order] is submitted, have concurred in and authorized the filing of this document.

DATED: October 5, 2021                    **THE MARKHAM LAW FIRM**

                                          By: /s/ Lisa Brevard
                                              David R. Markham
                                              Maggie K. Realin
                                              Lisa R. Brevard

## ORDER

The Court, having considered the stipulation by Plaintiff Almanzar and Defendant for entry of an order increasing the page limits for Plaintiff's unopposed memorandum of points and authorities in support of his Motion for Preliminary Approval of Class Action Settlement, hereby finds that good cause has been shown for the requested order. Specifically, the parties intend to move for preliminary approval of a class action settlement against Defendant, which may require additional briefing beyond the 20-page limit specified in the Case Management Procedures of the Honorable Troy Nunley for a proposed settlement of a class action. Therefore, the Court now enters the following order:

1. The page limit for Plaintiff's memorandum of points and authorities in support of his Motion for Preliminary Approval of Class Action Settlement is extended to 26 pages.

**IT IS SO ORDERED.**

Dated: October 5, 2021

Troy L. Nunley
United States District Judge